| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>DUBOIS, JAN E. | 2. Court or Organization<br><br>U.S.D.C., E.D., PA | 3. Date of Report<br><br>8/12/2014 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>JUDGE, U.S.D.C. | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>12613 U.S. COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA, PA 19106 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E. | 8/12/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **DUBOIS, JAN E.** | 8/12/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E. | 8/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 10. General Electric Co. (11▨ | D | Dividend | M | T | Distributed (part) | 09/18/13 | J | | Gift to ▨ |
| 2. | | | | | Donated (part) | | | | |
| 3. 58. Home Depot Inc. (5) IRA | B | Dividend | L | T | | | | | |
| 4. 59. Intel Corp. (5) IRA | C | Dividend | M | T | | | | | |
| 5. 69. Merck & Co. (5) IRA | D | Dividend | M | T | | | | | |
| 6. 94. Wells Fargo (10) | A | Interest | K | T | | | | | |
| 7. 99. NCR Corporation (12▨ | | None | J | T | | | | | |
| 8. 102. CitiGroup (5) IRA | A | Dividend | L | T | | | | | |
| 9. 125. Citigroup(9) | A | Dividend | J | T | | | | | |
| 10. 134. Oracle Corp. (5) IRA | A | Dividend | L | T | | | | | |
| 11. 137. Cisco Sys Inc. (5) IRA | C | Dividend | M | T | | | | | |
| 12. 152. Pfizer, Inc. (5) IRA | C | Dividend | M | T | | | | | |
| 13. 162. Ishares MSCI EAFE Fund (6) IRA▨ | B | Dividend | L | T | Buy (add'l) | 01/16/13 | K | | |
| 14. 163. Allscripts Healthcare Shs Inc. (6) IRA ▨ | | None | K | T | Sold (part) | 08/12/13 | J | B | |
| 15. 165. BDP-Morgan Stanley Bank (11) | A | Interest | M | T | | | | | |
| 16. 166. Royal Dutch Shell PLC(12▨ | B | Dividend | K | T | | | | | |
| 17. 171. Royal Dutch Shell PLC(9) | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E. | 8/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | 173. BDP Morgan Stanley Bank (12 ) | A | Interest | K | T | | | | | |
| 19. | 182. Nuveen Global VLE Opport Fund (12) (S) | B | Dividend | | | Sold | 08/16/13 | K | A | |
| 20. | 183. Eaton Van Tax MNGD GLBL (9) | C | Dividend | K | T | | | | | |
| 21. | 184. BDP- Morgan Stanley Bank (9) | A | Interest | K | T | | | | | |
| 22. | 185. Nuveen Global VLE Opport Fund (9) | B | Dividend | | | Sold | 08/16/13 | K | A | |
| 23. | 186. BDP - Morgan Stanley Bank (5) IRA | A | Interest | L | T | | | | | |
| 24. | 188. Walgreen Co (5) IRA | B | Dividend | | | Sold | 09/06/13 | M | E | |
| 25. | 189. Starbucks Corp. Washington (5) IRA | B | Dividend | M | T | | | | | |
| 26. | 191. MS Emerging Mkts Domestic Debt (9) | B | Dividend | K | T | | | | | |
| 27. | 193. AT&T (12 ) | C | Dividend | L | T | | | | | |
| 28. | 194. Teradata (12 ) | | None | J | T | | | | | |
| 29. | 197. Manitek Intl Inc. Com. (12 ) | | None | L | T | Sold (part) | 03/22/13 | K | E | |
| 30. | | | | | | Sold (part) | 10/17/13 | J | D | |
| 31. | | | | | | Sold (part) | 10/21/13 | J | D | |
| 32. | 203. Wisdom Tree Int'l Large CAP (DOL) (6) IRA | B | Dividend | L | T | | | | | |
| 33. | 204. Ishares MSCI Emerging Mkts FD(6) IRA | B | Dividend | L | T | | | | | |
| 34. | 206. Dow Chemical Co. (5) IRA | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E. | 8/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. 207. Chesapeake Energy Corp. (5) IRA | A | Dividend | L | T | | | | | |
| 36. 208. Arcelormittal NY Reg (5) IRA | A | Dividend | L | T | | | | | |
| 37. 209. Express Scripts Hldg Co Com (5) IRA | | None | | | Sold | 05/10/13 | J | D | |
| 38. 210. Manitex Int'l Inc Com (6) IRA ▪ | | None | | | Sold | 01/29/13 | K | D | |
| 39. 211. Morgan Stanley (9) | A | Dividend | L | T | | | | | |
| 40. 212. MS CMT PPN (11) | B | Interest | L | T | | | | | |
| 41. 213. BDP - Morgan Stanley Bank (6) IRA ▪ | A | Interest | J | T | | | | | |
| 42. 214. Visteon Corp WTS Exp 10/5/15 (9) | | None | J | T | | | | | |
| 43. 215. Facebook Inc. Cl-A (5) IRA | | None | L | T | Buy | 05/10/13 | K | | |
| 44. 216. Broadcom Corp. (6) IRA ▪ ) | A | Dividend | J | T | Buy | 01/29/13 | K | | |
| 45. 217. Facebook Inc Cl-A (6) IRA ▪ | | None | K | T | Buy | 01/29/13 | K | | |
| 46. 218. Seadrill Ltd. (9) | C | Dividend | K | T | Buy | 02/27/13 | K | | |
| 47. 219. Roundys Inc. (12 ▪ | B | Dividend | K | T | Buy | 03/22/13 | K | | |
| 48. | | | | | Buy (add'l) | 05/02/13 | J | | |
| 49. 220. 3D Systems (12 ▪ | | None | K | T | Buy | 08/29/13 | K | | |
| 50. | | | | | Sold (part) | 11/11/13 | J | B | |
| 51. 221. USA Technologies (12 ▪ | | None | J | T | Buy | 10/30/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E. | 8/12/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(5) (Lines 58, 59, 69, 102, 134, 137, 152, 186, 188, 189, 206, 207, 208, 209, 215) Securities in an IRA Account with Morgan Stanley.

(6) (Lines 162, 163, 203, 204, 210, 213, 216, 217) Securities in ▮▮▮▮▮ IRA Account with Morgan Stanley.

(9) (Lines 125, 171, 183, 184, 185, 191, 211, 214, 218) Securities in Family Trust of which ▮▮▮▮▮ is co-trustee and income beneficiary.

(10) (Line 94) Checking Account - First Union changed name to Wachovia. Wachovia changed name to Wells Fargo.

(11) (Lines 10, 165, 212) Securities in a Brokerage Account with Morgan Stanley.

(12) (Lines 99, 166, 173, 182, 193, 194, 197, 219, 220, 221) Securities in ▮▮▮▮▮ Brokerage Account with Morgan Stanley.

(58) (Line 10) 105 shares gifted to ▮▮▮▮▮

(59) (Line 10) 188 shares donated to Albert Einstein Medical Center

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E. | 8/12/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JAN E. DUBOIS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544